IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHARLOTTE L. MILLS,**                                    07-CV-773-BR

       Plaintiff,                                      **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social
Security,

       Defendant.


**SARA L. GABIN**
Sara L. Gabin, PC
4500 S.W. Kruse Way, Suite 100
Lake Oswego, OR 97035
(503) 620-3171

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1117

1 - JUDGMENT

**DAVID MORADO**
Regional Chief Counsel
**THOMAS M. ELSBERRY**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2112

       Attorneys for Defendant

    Based on the Court's Opinion and Order (#17) issued July 10, 2008, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

    DATED this 15th day of July, 2008.

                                    /s/ Anna J. Brown

                                    _____
                                    ANNA J. BROWN
                                    United States District Judge