| | |
|---|---|
| 1 | SARA L. GABIN, OSB #81234<br>Attorney for **Plaintiff** |
| 2 | 4500 SW Kruse Way, Suite 100<br>Lake Oswego, Oregon 97035 |
| 3 | tel: 503.620.3171  fax: 503.620.3365 |

FILED'08 AUG 21 12:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHARLOTTE L. MILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 07-773-BR<br><br>ORDER FOR EAJA FEES |

Based on the parties stipulation, it is hereby ORDERED that attorney fees of $3,639.59 are awarded to plaintiff (Mills) under the Equal Access to Justice Act, 28 U.S.C. 2412, payable directly to her attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon 97035.

DATED this 21st day of August, 2008.

_____
UNITED STATES DISRCTIC COURT JUDGE

\* \* \*

\* \* \*

\* \* \*

ORDER FOR EAJA FEES - 1